No. 05–5470. JOHNSON v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–5491. CLARK v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5759. FREEZE v. FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.

No. 05–5809. ABIMBOLA v. GONZALES, ATTORNEY GENERAL, ET AL. C. A. 2d Cir. Certiorari denied.

No. 05–5825. LEMA-ZAPATA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–5857. CAMPBELL v. RICE, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 05–6050. NAVARRO-VARGAS ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–6100. PEARSON v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05–6134. STAMPONE v. CARPENTERS LOCAL UNION 15 ET AL. C. A. 3d Cir. Certiorari denied.

No. 05–6135. TAYLOR v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 05–6139. BRIDESON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 05–6339. CONBOY v. EDWARD D. JONES & CO., L. P. C. A. 5th Cir. Certiorari denied.

No. 05–6405. FAHLFEDER v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 05–6410. FRAZIER v. FRAZIER. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 05–6411. HUTZENLAUB v. PORTUONDO, SUPERINTENDENT, SHAWANGUNK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.